FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JAN -4 PM 4:12

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SHARON INGRAM,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social
Security,

    Defendant.

CASE NO. CV414-206

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 13), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED** as the Court's opinion and the Commissioner's decision denying benefits is **AFFIRMED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 4th day of January 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA